UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH DOUGHERTY,

                Plaintiff,

-vs-                                                  Case No.  2:08-cv-727-FtM-36DNF

CARMELA ANN MELITO, individually, CITY OF
NAPLES, a Florida municipal corporation,
NAPLES COMMUNITY HOSPITAL, INC., a
Florida non profit corporation and NCH
HEALTHCARE SYSTEMS, INC., a Florida non
profit corporation,

                Defendants.
_____

**ORDER**

      This matter comes before the Court on City of Naples' Unopposed Motion for City Officials to Attend Mediation Without Full Authority to Settle (Doc. #83) filed on July 23, 2010.  Defendant City of Naples informs the Court that because it is a Florida Municipal Corporation, no City staff member can enter into final binding settlement agreements, as this would constitute an unlawful delegation of legislative authority.  Florida's Sunshine Law requires the City Council of Naples to approve settlements at a public meeting that has been duly noticed.  Therefore, Defendant City of Naples' Motion is due to be granted.  A representative of the City of Naples may appear at mediation without full authority to settle, but must appear with full authority to engage in good faith negotiations, and report to the City the results of the negotiations and make recommendations concerning the same.

      Accordingly, it is now

**ORDERED:**

City of Naples' Unopposed Motion for City Officials to Attend Mediation Without Full Authority to Settle (Doc. #83) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this 26th day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record